IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSETTA SPENCER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:11-cv-1178 (LO/TRJ) |
| | ) |
| DYNCORP INT'L, LLC, | ) |
| | ) |
| Defendants. | ) |

### CONSENT ORDER TO DISMISS

Pursuant to agreement of the parties, the parties hereby consent to dismiss with prejudice all claims in this matter pursuant to Fed. R. Civ. P. 41(a)(2), with each side bearing their own costs and attorneys' fees. This Court shall retain jurisdiction over any dispute arising under the parties' agreement in this case. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 378 (1994).

IT IS SO ORDERED

/s/
James C. Cacheris
United States District Judge
United States District Judge

WE ASK FOR THIS:

Susan R. Podolsky (Va. Bar 27891)
Law Offices of Susan R. Podolsky
1800 Diagonal Road
Suite 600
Alexandria, VA 22314
571-366-1702 (t)
703-647-6009 (f)
susanpodolsky@verizon.net

*Counsel for Plaintiff*

Lindsey H. McGinnis (Va. Bar 68423)
Littler Mendelson, P.C.
1650 Tysons Blvd
Suite 700
McLean, VA 22102
(703) 442-8425
Fax: (703) 442-8428
Email: lmcginnis@littler.com

*Counsel for Defendant*